# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SANDRA BROWN

VERSUS

LOUISIANA STATE BOND
COMMISSION

NO.   2019 CW 1636

**FEB 1 8 2020**

---

In Re:   Louisiana   State   Bond   Commission,   applying   for
supervisory   writs,   19th   Judicial   District   Court,
Parish of East Baton Rouge, No. 684449.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.** The portions of the judgments of the trial court signed on November 13, 2019 and November 18, 2019, which denied in part the Exception of Peremption filed by the Louisiana State Bond Commission ("the Commission"), is reversed.   The claims of the plaintiff, Sandra Brown ("Brown"), contest the legality of the resolution authorizing the bonds and the validity of provisions and proceedings relating to the authorization and issuance of bonds and were required to be brought within thirty days after the December 18, 2018 publication of notice of intention to issue the bonds.   See La. Const. art. VII, § 8; La. R.S. 48:27(E). However, Brown's Petition for Declaratory and Injunctive Relief was not filed until June 19, 2019.   Accordingly, her claims against the Commission are untimely and perempted.   The Commission's Exception of Peremption is granted and Brown's claims are dismissed, with prejudice, rendering moot consideration of the grant in part and denial in part of the Commission's Exception of No Cause of Action.   The writ is denied as to the trial court's ruling on the Exception of Lack of Subject Matter Jurisdiction.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_DEPUTY CLERK OF COURT_
FOR THE COURT